UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*McIvor v. Flagstar Bank, N.A.*, No. 1:24-cv-10070-ADB<br><br>*Scott v. Flagstar Bank, N.A.*, No. 1:24-cv-10071-ADB | MDL No.: 1:23-md-03083-ADB<br><br>Hon. Allison D. Burroughs |

## **DEFENDANT FLAGSTAR BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Flagstar Bank, N.A. states as follows:

Flagstar Bank, N.A. is a wholly owned subsidiary of New York Community Bancorp, Inc., a publicly held corporation. According to schedules filed with the Securities and Exchange Commission, the following publicly held corporations own 10% or more of the stock of New York Community Bancorp, Inc.: BlackRock, Inc. and The Vanguard Group.

| | |
|---|---|
| Dated: January 16, 2024<br>Chicago, Illinois | Respectfully submitted,<br><br> /s/ Marcella L. Lape<br>Marcella L. Lape<br>William E. Ridgway<br>Lindsey J. Sieling<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br>marcie.lape@skadden.com<br>william.ridgway@skadden.com<br>lindsey.sieling@skadden.com |

        Alisha Q. Nanda (BBO #657266)
        SKADDEN, ARPS, SLATE,
          MEAGHER & FLOM LLP
        500 Boylston Street
        Boston, Massachusetts 02116
        (617) 573-4800
        alisha.nanda@skadden.com

*Counsel for Defendant Flagstar Bank, N.A.*