UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>    All Cases | *<br>*<br>*<br>*<br>*<br>*    MDL No. 1:23-md-03083-ADB<br>*<br>*<br>*<br>*<br>* |

**MDL Order No. 1**
**(General Provisions)**

BURROUGHS, D.J.

    1.    This Order shall govern the practice and procedure in those actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its order of October 4, 2023, entitled In re: MOVEit Customer Data Security Breach Litigation, MDL No. 3083, and any tag-along actions transferred by the Panel after that date, and any related actions previously assigned to this Court.  This Order is also applicable to any case filed in the District of Massachusetts as a related case unless otherwise ordered by the Court.

    2.    The actions subject to this Order are coordinated for pretrial purposes.  All pleadings and other papers in each of the coordinated actions shall be filed in the District of Massachusetts as detailed below.

    3.    An MDL master file and docket has been established under Docket No. 1:23-md-03083.  Each action transferred to this Court will also be assigned a new District of Massachusetts civil action number.

    4.    All pleadings and other papers shall be filed electronically in each civil action to which the pleadings or papers relate and in the master MDL file.

5.      The caption of all filed pleadings and other papers shall include the MDL docket number and the heading:

IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION

The caption shall also state:

This Document Relates To:

All Cases

when the pleading or other paper relates to all consolidated actions, or:

This Document Relates To:

[the separate caption and the civil action number assigned by the Clerk of this

Court for each individual action to which the pleading relates]

when the pleading or other paper relates to fewer than all actions.

6.      All pleadings and other papers shall be filed electronically with the Clerk of this Court, not the transferor court.  No courtesy copies will be necessary.  All counsel shall familiarize themselves with this District's CM/ECF policies and procedures and file an Electronic Case Filing System-Attorney Registration Form available on the Court's website.  In the MDL Case Number field on the ECF Registration Form, counsel shall note both the master MDL case number and the individual Massachusetts case number in which they have an appearance.

7.      This Order shall be filed and docketed on the Master Docket and the docket of each of the individual cases consolidated under the Master Docket Number.  In addition, it shall be posted on the MDL website for the District Court of Massachusetts.  Any subsequent MDL Orders will only be docketed in the master docket, the docket for any related matter to which that MDL Order specifically pertains, and posted on the MDL website for the District Court of Massachusetts.

8.  In the interests of judicial economy, all deadlines established prior to transfer of these actions are suspended, and all deadlines to file responsive pleadings are stayed in all coordinated actions before this Court in this multidistrict proceeding pending further order of this Court.

**SO ORDERED.**

October 30, 2023

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE